■ BARBARA LOGUE et al., Respondents, v AUGUSTINE VELEZ et al., Defendants, and LAKE SHORE HOSPITAL, Appellant. (Appeal No. 1.) [662 NYS2d 281] —Appeal unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Discovery.) Present—Pine, J. P., Lawton, Callahan, Doerr and Balio, JJ.